### UNITED STATES of America, Plaintiff–Appellee,

v.

### Henry Otis MORROW, Defendant– Appellant.

#### No. 01–6113.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Henry Otis Morrow, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Henry Otis Morrow seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Morrow*, Nos. CR–98–28–V; CA–99–194 (W.D.N.C. filed Nov. 2, 2000 & entered Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*